AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

FARMLAND MUTUAL INSURANCE
COMPANY,

                                 **JUDGMENT IN A CIVIL CASE**

            Plaintiff,

v.                                         Case No.  07-2004-JPO

AGCO CORPORATION

                                    Defendant.

☒      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐      Decision by Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff, Farmland Mutual Insurance Company, and against the defendant, AGCO Corporation, in the amount of $193,000.00, and that plaintiff recover from defendant the costs of this action.

  March 28, 2008                           Timothy M. O'Brien
*Date*                                       *Clerk of Court*

                                            s/ Kathleen L. Grant
                                            *(By) Deputy Clerk*